UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Pretium Resources, Inc. Securities Litigation | Master File N~~o. 1:18-cv-08199-LAP~~<br><br>CLASS ACT~~ION~~ |

This Document Relates To: All Actions:

~~NOTICE AND [PROPOSED]~~ ORDER TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that upon the accompanying declaration of Neil P.

Kelly, and subject to the approval of the Court, Neil P. Kelly hereby withdraws as counsel for

Defendants Pretium Resources, Inc., Joseph Ovsenek, and Tom S.Q. Yip, and shall be removed

from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-

captioned matter. Defendants Pretium Resources, Inc., Joseph Ovsenek, and Tom S.Q. Yip will

continue to be represented by Daniel J. Kramer and William Michael in this proceeding.

Dated:  New York, New York
        November 6, 2019

Respectfully submitted,

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: /s/ Neil P. Kelly
    Neil P. Kelly
    1285 Avenue of the Americas
    New York, New York 10019-6064
    Tel.: (212) 373-3000
    Fax: (212) 757-3990
    Email: nkelly@paulweiss.com

*Counsel for Defendants Pretium Resources,
Inc., Joseph Ovsenek, and Tom S.Q. Yip*

SO ORDERED:

HONORABLE LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

November 8, 2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Pretium Resources, Inc. Securities Litigation

Master File No. 1:18-cv-08199-LAP

CLASS ACTION

This Document Relates To: All Actions:

## DECLARATION OF NEIL P. KELLY

1.    I am an associate at the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel for Pretium Resources, Inc., Joseph Ovsenek, and Tom S.Q. Yip.  I submit this declaration in compliance with Local Rule 1.4 to notify the Court that I am withdrawing as counsel because I will no longer be associated with Paul, Weiss, Rifkind, Wharton & Garrison LLP.

2.    Daniel J. Kramer and William Michael of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue to represent Pretium Resources, Inc., Joseph Ovsenek, and Tom S.Q. Yip in this proceeding.

3.    My withdrawal will not delay the matter or prejudice any party.

4.    I am not retaining a charging lien.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
    November 6, 2019

By: _____
    Neil P. Kelly

## CERTIFICATE OF SERVICE

I hereby certify that, on November 6, 2019, I caused a true and correct copy of the foregoing to be served upon all parties to this litigation via the CM/ECF system, upon Pretium Resources, Inc., Joseph Ovsenek, and Tom S.Q. Yip at Four Bentall Centre, 1055 Dunsmuir Street, Suite 2300, Vancouver BC V7X 1L4, Canada via email, and upon plaintiff Aurico Gold Fund c/o Jonathan Stern at 275 Madison Ave., 34th Floor, New York, New York 10016 via email.

By:  _____
Neil P. Kelly