**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

IN RE PRETIUM RESOURCES INC.　　　　　　　　　18 **CIVIL** 8199 (LAP)
SECURITIES LITIGATION

## JUDGMENT

-------------------------------------------------------------X

　　It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 9, 2020, by order dated February 27, 2020, the Court granted Defendants' motion to dismiss Plaintiffs' Amended Complaint against Pretium Resources Inc.; Plaintiffs' motion for leave to amend [dkt. No 36] is denied; accordingly, this case is closed.

**Dated:**　New York, New York
　　　　　　July 9, 2020

　　　　　　　　　　　　　　　　　　　　　　　　**RUBY J. KRAJICK**
　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**Clerk of Court**
　　　　　　　　　　　　　　　　　　**BY:**
　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**Deputy Clerk**